Kym S. Cushing
Nevada Bar No. 4242
Mark C. Severino
Nevada Bar No. 14117
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Mark.Severino@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY SCIRONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 10 and ROE ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-01193-JCM-VCF<br><br>**JOINT STIPULATION/MOTION AND ORDER TO REMAND THE CASE TO STATE COURT** |

The parties, Defendant, Costco Wholesale Corporation, by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, by Kym S. Cushing and Mark C. Severino, and plaintiff, Shelley Scirone, by and through her counsel of record, Puoy K. Premsrirut, Esq. Inc., by Puoy K. Premsrirut, hereby move the court and submit the following STIPULATION/JOINT MOTION FOR REMAND:

1. The parties agree that the amount in controversy is less than $50,000;

2. The plaintiff agrees that she shall not seek, nor shall she recover, damages in excess of $50,000 (in other words, plaintiff's potential damages shall be capped at $50,000);

3. The case should be remanded to state court for lack of jurisdiction;

4. The parties agree to attend a settlement conference in state court in good faith; and

1247542v.2

5. Neither party shall seek fees, costs, or other expenses associated with this motion for remand.

Accordingly, the instant joint motion and order to remand the case to state court is hereby submitted.

DATED this 31th day of January, 2018.    DATED this 31th day of January, 2018.

**BROWN, BROWN & PREMSRIRUT**    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ PUOY K. PREMSRIRUT    /s/ KYM S. CUSHING

Puoy K. Premsrirut, Esq.  
Nevada Bar No.: 7141  
520 S. Fourth Street, 2nd Floor  
Las Vegas, NV 89101  
*Attorneys for Plaintiff*

Kym S. Cushing  
Nevada Bar No.: 4242  
Mark C. Severino  
Nevada Bar No. 14117  
300 South 4th Street, 11th Floor  
Las Vegas, NV 89101  
*Attorneys for Defendant*

IT IS SO ORDERED.

Dated February 1, 2018.

_____  
UNITED STATES DISTRICT JUDGE

1247542v.2